# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In Re: RODRIGUEZ, RUDOLPH JOE & MICHELE  Debtor(s). | Case Number: 03-26052 |
|---|---|
| | **APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS** |

1. On September 25, 2007 [dates], a check in the amount of $ 1148.07 belonging to MMCA _____ [name of original creditor/claimant]] was tendered to the Clerk of the above-entitled Court by the case trustee as unclaimed funds for claim(s) numbered: 10003

2. The funds so tendered were deposited with the United States Treasury by the Clerk and remain unclaimed.

3. Applicant alleges that the following person or entity is the owner of the funds described in paragraph 1 [provide name, address and telephone number]:
   MMCA
   6400 Katella Avenue
   Cypress, CA 90630

   ( 714 ) 934-3535

   FILED
   DEC 17 2007
   UNITED STATES BANKRUPTCY C...
   EASTERN DISTRICT OF CALIF...

4. The original disbursement was not presented for payment because [specifically state the reason and include a brief history of the creditor/claimant from the filing of the claim to the present. Attach supporting documentation]: MMCA moved after the filing of the claim, and neglected to update their address with the Court or Trustee, leading to the unclaimed funds. They appear now - with proper evidence - to claim the funds.

5. Applicant represents that the alleged owner is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue based upon the following [check the statement(s) that apply]:
   - [✓] a. The alleged owner is the creditor/claimant named in paragraph 1 and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.
   - [ ] b. The alleged owner is the assignee of the creditor/claimant named in paragraph 1, or the assignee's representative, as evidenced by the attached documents.
   - [ ] c. The alleged owner is the successor-in-interest of the creditor/claimant named in paragraph 1, or the successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership.
   - [ ] d. The alleged owner is the estate of the deceased creditor/claimant named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents.
   - [ ] e. Subparagraphs (a) through (d) above do not apply. As evidenced by the attached documents, the alleged owner is:

| In Re: RODRIGUEZ, RUDOLPH JOE & MICHELE | CASE NUMBER: 03-26052 |
|---|---|

6. Applicant is *[check the statement that applies]*:

   ☐ a. The alleged owner of the funds. Attach the appropriate *Identification Form for Unclaimed Funds*.
   ☐ b. A duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and is the representative of the alleged owner of the funds. Attach the appropriate *Identification Form for Unclaimed Funds*.
   ☐ c. The representative of the estate of a deceased alleged owner of the funds. Attached certified copies of probate documents which substantiates applicant's right to act on behalf of the decedent's estate.
   ☑ d. The attorney in fact for the alleged owner of the funds authorized by the attached notarized, original Power of Attorney to file this application on behalf of the alleged owner.
   ☐ e. An attorney representing the interests of the owner of the funds with authority to receive such funds, as evidenced by the attached notarized original Power of Attorney.

7. I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U. S. Attorney for possible prosecution.

8. A copy of this completed application (with all supporting documentation) was mailed to the following on *(date)*: 12/11/07

| (US Attorney) | (Owner of the funds) | (Other) |
|---|---|---|
| United States Attorney | MMCA | |
| 501 I Street, 9th Floor | 6400 Katella Avenue | |
| Sacramento, CA 95814 | Cypress, CA 90630 | |

WHEREFORE, applicant prays for an order directing the Clerk of the above-entitled Court to pay said tendered money to the applicant.

I declare (or certify, or verify, or state) under penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct:

Dated:

Applicant's Signature

John J. Marshall
Applicant's Name Typed or Printed

JM Partners LLC
Applicant's Address

12201 Gayton Road, Suite 220

Richmond, VA 23238-8203

(804) 740-2972
Applicant's Telephone Number

| In Re: RODRIGUEZ, RUDOLPH JOE & MICHELE | CASE NUMBER: 03-26052 |
|---|---|

STATE OF ___Virginia___, COUNTY OF ___Henrico___

On ___December 12, 2007___ before me, personally appeared (insert name and title of signer) ___John J. Marshall / Managing Member of JM Partners LLC___ _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the written instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Notary Public ___Nancy A. Lang___

(SEAL)

My commission expires on ___Sept. 30, 2009___

**FOR COURT USE ONLY**

File and documents reviewed by _____ on _____

I have carefully reviewed this application and all supporting documents and recommend to the Court that this application be approved.

_____  _____
Financial Administrator, U.S. Bankruptcy Court                    Date

EDC 3-950 (Rev. 1/25/02)    Application for Payment of Unclaimed Funds — Page 3 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

RODRIGUEZ, RUDOLPH LEE
RODRIGUEZ, MICHELE LYNN

CASE NO: 03-26052

CORPORATION/BUSINESS IDENTIFICATION
FORM FOR UNCLAIMED FUNDS

DEBTOR(S).

I, Suzanne L. Hall, hereby state that I am the Director - Legal Affairs (Title) of Mitsubishi Motors Credit of American (aka MMCA) (Business Name), and I am authorized to request payment of unclaimed funds.

Current Telephone No.   (714) 934-3535
Tax Identification No.   33-0431467
Previous Mailing Address   PO Box 894236
                           Los Angeles, CA 90189

Current Mailing Address   6400 Katella Avenue
                          Cypress, CA 90630

Dated: 12/6/07

(SEAL*)

Signature: _Suzanne L Hall_

* Affix seal, if available, and attach appropriate documentation which indicates that the person signing is authorized to do so. This documentation should be a corporate power of attorney signed by the CEO of the company (or other corporate officer) and a statement of the signing officer's authority, or similar documentation, as well as documents establishing the chain of ownership of the original corporate/business claimant, if appropriate.

STATE OF California, COUNTY OF Orange
On 12/06/2007 before me, personally appeared (insert name and title of signer) Suzanne L Hall _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the written instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

CARMEN P. URIAS
Commission # 1596099
Notary Public - California
Orange County
My Comm. Expires Jul 21, 2009

Notary Public

My commission expires on 07/21/2009

To ensure payment to the proper party, please fill out the identification portion of this form and submit together with an Application for Payment of Unclaimed Funds (EDC 3-950) and supporting documentation to:

Financial Administrator
United States Bankruptcy Court
Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95814

EDC 3-952 (New 11/01)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: RODRIGUEZ, RUDOLPH JOE )
RODRIGUEZ, MICHELE LYNN ) Case No. 03-26052
)
)
)
)
)
Debtor(s). )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of  JM Partners LLC  , seeking payment of funds previously unclaimed by  MMCA  (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that  MMCA  is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ 1148.07  from the Registry of Unclaimed Funds   to:

MMCA
c/o JM Partners LLC
PO Box 29940
Richmond, VA  23242-0940

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)

**Evidence and Supporting Documents related to an Unclaimed Funds Recovery filing**

*INDEX TO ENCLOSURES*

**Unclaimed Funds Recovery**

**HOLDER: USBC CA EASTERN**
**CASE # 03-26052 RODRIGUEZ**
**CLAIMANT: MMCA**

| | |
|---|---|
| Evidence of Funds Deposit by Trustee | 1 |
| Affidavit of Creditor | 2 |
| Identification of Creditor's Authorized Rep | 3 |
| Proof of Account/Debtor Linkage | 4 |
| Affidavit of Previous Addresses | 5 |
| LPOA Empowering JM Partners LLC | 6 |
| Affidavit of JM Partners LLC | 7 |
| | 8 |
| | 9 |
| | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| | 15 |

**Brief History Statement & Recap of Supporting Evidence:**

Mitsubishi Motors Credit of America aka MMCA ("Creditor") filed the claim in this matter. Subsequent to the claim filing they changed mailing addresses (MMCA is a large, worldwide financial services organization with innumerable office locations, mailing addresses, and payment drop-box locations around the country and world....all of which routinely change from time to time in the normal course of business). Creditor failed to update their address in this case, leading to the Unclaimed Funds in question.

Creditor has engaged JM Partners LLC as Agent to make this recovery filing – and in support of their proof of ownership provides various documentation as referenced to the right on the Index. Creditor thus respectfully asks for the funds to be released accordingly.

Prepared & Submitted by:

JM Partners LLC
PO Box 29940
Richmond, VA 23242-0940
Phone 804-740-2972
jmp.financial@verizon.net

```
                                                              FILED
L.J. LOHEIT, TRUSTEE                                       SEPT 27
P O BOX 1858                                           2007 APR 20 PM 2: 02
SACRAMENTO, CA 95812
(916) 856-8000                                         CLERK, U.S. BANKRUPTCY CT
                                                       EASTERN DIST. OF CA.
                                                       SACRAMENTO, CA.
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                              ) Case No.: No. 03-26052-D-13L
                                    )
RODRIGUEZ, RUDOLPH JOE JR           ) UNCLAIMED FUNDS
RODRIGUEZ, MICHELE LYNN             )
                                    )
                Debtor(s)           )

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #4030445 in the sum of $1,148.07 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 10003 | MMCA<br>P O BOX 894236<br>LOS ANGELES, CA 90189 | $22,769.26 | $1,148.07 |

TOTAL CHECK $1,148.07

Dated this 25th day of September 2007        BY: _____
                                                 TRUSTEE

# AFFIDAVIT AND IDENTIFICATION OF CREDITOR

I, **Suzanne L. Hall, Director – Legal Affairs for Mitsubishi Motors Credit of America** *aka* **MMCA**, on whose behalf this Affidavit is sworn, the accompanying filing is made, and hereinafter "Creditor" of "Claimant", am the undersigned authorized representative of the Claimant. My identification is offered as follows:

 

| District | Case # | Debtor | Amount Due |
|---|---|---|---|
| Florida Middle | 87-05825-8 | Grover, Louden | $162.67 |
| Florida Middle | 04-07794-8 | Berry, Juliet | $199.09 |
| Texas Southern | 03-47675 | Young, John Calvin & Joubert, Jacquelyn | $500.00 |
| California Eastern | 03-26052 | Rodriguez, Rudolph | $1148.07 |

Creditor submits this Affidavit and Identification for the specific purpose of submitting an Application for Payment of Unclaimed Funds as listed above, which are now held on the Clerk's Registry of Unclaimed Dividends, and which are still due and payable to Creditor. Creditor respectfully asks that all communications and transmittals be sent to and thru **John J. Marshall of JM Partners LLC**, who is Creditor's designated Attorney-in-Fact, evidence of which is attached hereto.

1) Due address changes Creditor never received the checks. Appropriate evidence linking Creditor to the old and new addresses, as well as to the case in which the claim was filed is provided herewith. Claimant provides proof of personal and business identification, as well as evidence of the Authority to Act in these matters.

2) Creditor has not sold the Unclaimed Funds Account, nor the claim that generated same, nor the rights to either, and is still the owner of the Account, is entitled to payment, and respectfully asks for the release of the funds accordingly. Creditor has no other pending application for the release of the funds due for the Claim, nor contracted with any other party except as identified herewith to make such a filing on behalf of Creditor.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

BY: _Suzanne L. Hall_ / Director-Legal Affairs       33-0431467
                                                      FIN # MMCA

**NOTARY:** State of **California** City/County of **Orange** Date _____

The above named *Suzanne L. Hall*, known to be the individual described in, and holding the position designated in the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

(seal) _Carmen P. Urias_ _____ My Commission Expires: _____
Notary's Name (Print) & Signature

CARMEN P. URIAS
Commission # 1596099
Notary Public - California
Orange County
My Comm. Expires Jul 21, 2009

Mitsubishi Motors Credit of America Corporate Seal



## NOTICE OF RELEASE OF LIABILITY
*MAIL THIS FORM TO DMV*

A. BUYER'S TRUE FULL NAME (LAST) (FIRST) (MIDDLE) B. IF DEALER, CHECK BELOW

C. BUYER'S ADDRESS

D. ODOMETER READING

E. CITY  STATE  ZIP CODE  F. DATE OF SALE MO. DAY YR

G. SELLER'S TRUE FULL NAME (LAST) (FIRST) (MIDDLE)

H. SELLER'S ADDRESS

I. SELLING PRICE

J. CITY  STATE  ZIP CODE  K. SELLER'S SIGNATURE  X

VEHICLE ID NUMBER: JA3AJ86EX2U080565
YR MODEL: 2002  MAKE: MITS
PLATE NUMBER: 4YRL264

REG. 138A (REV. 11/97)  **DO NOT DETACH UNTIL SOLD**

---

## STATE OF CALIFORNIA  20,346 2843
### CERTIFICATE OF TITLE

19502102334

**AUTOMOBILE**

VEHICLE ID NUMBER: JA3AJ86EX2U080565
YR MODEL: 2002  MAKE: MITS  PLATE NUMBER: 4YRL264
BODY TYPE MODEL: 4D
AX: UNLADEN WEIGHT  FUEL: G  TRANSFER DATE  FEES PAID: $15
REGISTRATION EXPIRATION DATE: 07/18/2003
YR 1ST SOLD: 2002  CLASS: EE  *YR: HY  MO:  EQUIPMT/TRUST NUMBER
ISSUE DATE: 11/03/02

ODOMETER DATE: 07/16/2002  ODOMETER READING: 6 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
RODRIGUEZ MICHELE L
7317 ARLETA CT
SACRAMENTO CA 95823

I certify under penalty of perjury under the laws of the State of California, that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ DATE _____ X _____ SIGNATURE OF REGISTERED OWNER
1b. _____ DATE _____ X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |__|__|__|,|__|__|__| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING: ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE | TRANSFEROR/SELLER SIGNATURE(S) X | DATE | TRANSFEREE/BUYER SIGNATURE(S) X
PRINTED NAME OF AGENT SIGNING FOR A COMPANY | PRINTED NAME OF AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

MMCA
PO BX 6014
CYPRESS CA 90630

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA 66552172
020286  REV. 17.30 (REV. 2/02)

KEEP IN A SAFE PLACE - VOID IF ALTERED

# AFFIDAVIT OF CREDITOR'S PREVIOUS ADDRESSES

I, Suzanne L. Hall, Director – Legal Affairs for Mitsubishi Motors Credit of America *aka* MMCA, on whose behalf this Affidavit is sworn, and hereinafter "Creditor" of "Claimant", do hereby depose and say under the pains and penalties of perjury as follows:

1) That I, Suzanne Hall, am the Director – Legal Affairs for MMCA. My contact info is:

    MMCA
    ATTN: Suzanne L. Hall / Director – Legal Affairs
    6400 Katella Avenue
    Cypress, CA 90630
    Tel: 714-934-3535
    Fax: 714-934-4422

2) My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of MMCA and it various subsidiaries and affiliates.

3) MMCA and its subsidiaries and affiliates – both past and present – have numerous branch offices, mailing locations and payment "drop box" addresses across America, all of which often can and do change from time to time in the normal course of business. For this reason, it would be unduly and overly burdensome, impractical, and may be impossible to provide documentation to verify any single former address.

I hereby certify under the pains and penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

BY: _____Suzanne J Hall_____   33-0431467
Suzanne L. Hall / Director-Legal Affairs   FIN # MMCA

NOTARY:   State of **California** City/County of **Orange** Date 11/29/2007

The above named *Suzanne L. Hall*, known to be the individual described in, and holding the position designated in the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

(seal) _CARMEN P. URIAS_   My Commission Expires 07/21/2009
Notary's Name (Print)   Signature

CARMEN P. URIAS
Commission # 1596099
Notary Public - California
Orange County
My Comm. Expires Jul 21, 2009

General Trademark Registration info for MMCA aka Mitsubishi Motors Credit



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Aug 25 04:08:43 EDT 2007

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR Jump   to record:          Record 2 out of 2

TARR Status   ASSIGN Status   TDR   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| Field | Value |
|---|---|
| Word Mark | MMCA |
| Goods and Services | IC 036. US 100 101 102. G & S: financing services related to automobile leasing and purchasing. FIRST USE: 19920900. FIRST USE IN COMMERCE: 19920900 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74528016 |
| Filing Date | May 23, 1994 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | February 28, 1995 |
| Registration Number | 2030610 |
| Registration Date | January 14, 1997 |
| Owner | (REGISTRANT) Mitsubishi Motors Credit of America, Inc. CORPORATION DELAWARE 6400 Katella Avenue Cypress CALIFORNIA |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | CAROLE F. BARRETT |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20061106. |
| Renewal | 1ST RENEWAL 20061106 |
| Live/Dead Indicator | LIVE |

Exhibit B
Page 1 of 1

Annual Registration of MMCA, showing both correct current address and Ms. Hall as an Officer of the firm

# 2007 ANNUAL REGISTRATION REPORT
BUSINESS

F00346503
Date Filed: 04/17/2007

Robin Carnahan
Secretary of State

* SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 04/30/2007

ANNUAL REPORT MONTH: January

F00346503
MITSUBISHI MOTORS CREDIT OF AMERICA, INC.
C T CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:
6400 Katella Avenue (Required)
STREET
Cypress, CA 90630
CITY/STATE  ZIP

If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.
☐ The new registered agent _____
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.
☐ The new registered office address _____
Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**OFFICERS** — A
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). (MUST LIST PRESIDENT AND SECRETARY BELOW)
PRES _____ (Required)
STREET/RT: Jeffrey Young
CITY/STATE/ZIP: 6400 Katella Avenue, Cypress, CA 90630
V-PRES
STREET/RT
CITY/STATE/ZIP
SECY _____ (Required)
STREET/RT: Suzanne Hall
CITY/STATE/ZIP: 6400 Katella Avenue, Cypress, CA 90630
TREAS
STREET/RT
CITY/STATE/ZIP

**BOARD OF DIRECTORS** — B
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). (MUST LIST AT LEAST ONE DIRECTOR BELOW)
NAME: Jeffrey Young (Required)
STREET/RT: 6400 Katella Avenue
CITY/STATE/ZIP: Cypress, CA 90630
NAME
STREET/RT
CITY/STATE/ZIP
NAME
STREET/RT
CITY/STATE/ZIP
NAME
STREET/RT
CITY/STATE/ZIP

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.

Authorized party or officer sign here: [signature] (Required)

Please print name and title of signer: Jeffrey R. Young / President & CEO
NAME / TITLE

REGISTRATION REPORT FEE IS:
X $45.00 if filed on or before 4/30
   $60.00 if filed on or before 5/31

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

State of Missouri
Annual Report - General Business 3 Page(s)

E-MAIL ADDRESS (OPTIONAL) _____

TE OR THE REGISTRATION REPORT WILL BE REJECTED
BLE TO DIRECTOR OF REVENUE
TO THE SECRETARY OF STATE - P.O. BOX 1366, JEFFERSON CITY, MO 65102

T0711017577

Listing of Officers of MMCA, including Ms. Hall thereupon

## MITSUBISHI MOTORS CREDIT OF AMERICA, INC.

### OFFICERS

| NAME | OFFICE ADDRESS |
|---|---|
| JEFFREY YOUNG<br>President and Chief Executive Officer | 6400 Katella Avenue<br>Cypress, CA 90630 |
| FUMINORI KOJIMA<br>Senior Vice President, Operations<br>And Assistant Secretary | 6400 Katella Avenue<br>Cypress, CA 90630 |
| DAN BOOTH<br>Financial Officer | 6400 Katella Avenue<br>Cypress, CA 90630 |
| DENNIS KELLY<br>Treasurer and Assistant Secretary | 6400 Katella Avenue<br>Cypress, CA 90630 |
| SUZANNE HALL<br>Secretary | 6400 Katella Avenue<br>Cypress, CA 90630 |

Actual Fictitious name registration for MMCA



# State of Missouri
Robin Carnahan, Secretary of State

Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO 65101

Date Filed: 07/18/2007

Expiration Date: 07/18/2012

Robin Carnahan

Secretary of State

## Registration of Fictitious Name
*(Submit with filing fee of $7)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**The undersigned is doing business under the following name, and at the following address:**

Business name to be registered: **MMCA**

Business Address: **6400 Katella Avenue**
*(P.O. Box may only be used in addition to a physical street address)*

City, State and Zip Code: **Cypress, CA 90630**

The parties having an interest in the business, and the percentage they own are (If a business entity is owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed.):

If listed, Percentage of ownership must equal 100%

| Name of Owners, Individual or Business Entity | Street and Number | City and State | Zip Code | |
|---|---|---|---|---|
| Mitsubishi Motors Credit of America, Inc. | 6400 Katella Avenue | Cypress, CA | 90630 | 100 |

In Affirmation thereof, the facts stated above are true and correct:
*(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.060 RSMo)*

_____   Fuminori Kojima, SVP, Operations      7/17/07
Authorized Signature                  Printed Name                                     Date

_____   _____    _____
Authorized Signature                  Printed Name                                     Date

_____   _____    _____
Authorized Signature                  Printed Name                                     Date

Name and address to return filed document:
Name: Mitsubishi Motors Credit of America, Inc., Attn: Jos
Address: 6400 Katella Avenue
City, State, and Zip Code: Cypress, CA 90630

State of Missouri
Fictitious Creation 1 Page(s)

T0718901181

Exhibit A
Page 1 of 1

# IRREVOCABLE LIMITED POWER OF ATTORNEY
## *Multi-Case / Single Use Per Case*

KNOW ALL MEN BY THESE PRESENT, that I, Suzanne L. Hall, Director – Legal Affairs for Mitsubishi Motors Credit of America aka MMCA (hereinafter "Creditor" or "Claimant" for purposes of this Limited Power of Attorney), on whose behalf this Power is executed, affirm that I am acting on my own free will, that I am authorized to act in such matters, and that I hereby appoint *John J. Marshall of JM PARTNERS LLC* (hereinafter "Agent") as our lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, undelivered, or otherwise dormant tenders of funds held for Claimant as follows:

| *District* | *Case #* | *Debtor* | *Amount Due* |
|---|---|---|---|
| Florida Middle | 87-05825-8 | Grover, Louden | $162.67 |
| Florida Middle | 04-07794-8 | Berry, Juliet | $199.09 |
| Texas Southern | 03-47675 | Young, John Calvin & Joubert, Jacquelyn | $500.00 |
| California Eastern | 03-26052 | Rodriguez, Rudolph | $1148.07 |

Claimant further grants the attorney authority to do whatever is necessary and proper to recover the above referenced funds as fully as it might or could do if acting on its own behalf as owner of the funds, and hereby confirms all that the attorney shall lawfully do or cause to be done. Nevertheless, the Agent shall have *NO* authority to incur any financial obligation or to make any expenditure on behalf of Claimant. All funds collected on behalf the Claimant shall be collected solely in the name of the Claimant, and any fee due to Agent shall only be due upon receipt of funds from the Court.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall apply *EXCLUSIVELY* to funds owed to Claimant as referenced above, and shall remain in-force only for so long as such funds remain uncollected, and automatically terminate upon such collection.

BY: _____  33-0431467
Signature – Suzanne L. Hall          FIN # for MMCA

NOTARY: State of California County of Orange Date 12/06/2007

The above named *Suzanne L. Hall*, known to be the individual described in, and holding the position designated in the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

(seal) CARMEN D. URIAS _____ My Commission Expires: 07/21/2009
Notary's Name (Print)    Signature



CARMEN P. URIAS
Commission # 1596099
Notary Public - California
Orange County
My Comm. Expires Jul 21, 2009

# AFFIDAVIT OF PERSONAL REPRESENTATIVE & CERTIFICATE OF SERVICE

I, **John J. Marshall of JM Partners LLC**, state and declare as follows:

JM Partners LLC of PO Box 29940, Richmond, VA 23242-0940 has been granted a Power of Attorney by our client, **Mitsubishi Motors Credit of America aka MMCA** ("Creditor") for the specific purpose of recovering Unclaimed Funds which may be due to Creditor, and which may be held in the name of Creditor and/or any of its many predecessors, subsidiaries, or trade names. My name and current contact information is as follows:



**JM Partners LLC**
Consulting - Investments

John J. Marshall
Managing Partner

12201 Gayton Road, Suite 220
Richmond, VA 23233

Phone: 804-740-2972
Fax: 804-740-2973

Email: jmp.consulting@verizon.net

I have made all efforts required to know to the best of my knowledge that our Client is/was legally entitled to the funds, and that no other party has been engaged to assist with the recovery of same, and thus the funds are now legally due to us. I am familiar with the state law requirements for acting in the capacity of a personal representative (or attorney-in-fact), for the purpose of such recoveries. Once you approve the Application – or if you have any questions about this filing, or the account in general – please direct the payment (payable to Creditor) to us:

**JM Partners LLC, Attorney-in-Fact**       804-740-2972
**PO Box 29940**                             804-740-2973 FAX
**Richmond, VA 23242-0940**                  jmp.financial@verizon.net

Respectfully submitted this ___ day of _____, 2007.

John J. Marshall / Managing Member
JM Partners LLC